HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
ISAAC JOSEPH GONZALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00108 LJO |
|---|---|
| Plaintiff, | ORDER FOR RELEASE OF ISAAC JOSEPH GONZALES TO TEEN CHALLENGE RESIDENTIAL SUBSTANCE ABUSE TREATMENT PROGRAM ON NOVEMBER 15, 2018 |
| vs. | |
| ISAAC JOSEPH GONZALES, | |
| Defendant. | Hon. Lawrence J. O'Neill |

On November 13, 2018 Defendant Isaac Gonzales was sentenced to a term of time served for violating his supervised release. The court also imposed an additional 18 month term of supervised release with the condition that Mr. Gonzales shall complete the Teen Challenge residential treatment program, and shall remain detained pending space availability at Teen Challenge.

Mr. Gonzales has been interviewed and accepted for participation in the Teen Challenge 12-month residential treatment program, and they are holding space available for Mr. Gonzales beginning on Thursday, November 15, 2018. Kevin Mitchel, a paralegal with the Office of the Federal Defender, is available to pick up Mr. Gonzales upon his release from custody at the Fresno County Jail, and to transport Gonzales directly to Central Valley Teen Challenge, 42675 Road 44, Reedley, California.

This proposed order is submitted to authorize Mr. Gonzales' release from the Fresno County Jail on November 15, 2018, at 7:00 a.m., to the custody of Federal Defender employee Kevin Mitchel for transport directly to Central Valley Teen Challenge, 42675 Road 44, Reedley, California. Mr. Gonzales shall remain in the custody of Kevin Mitchel and not be left alone from the time he exits the jail until he enters the program. All other conditions of Gonzales's supervised release not in conflict with this order shall remain in full force and effect.

DATED: November 13, 2018

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

By: /s/ *Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorneys for Defendant
ISAAC JOSEPH GONZALES

## **ORDER**

Defendant ISAAC JOSEPH GONZALES shall be released from the Fresno County Jail to the custody Kevin Mitchel for transportation directly to the Central Valley Teen Challenge residential treatment program on November 15, 2018, at 7:00 a.m.

IT IS SO ORDERED.

Dated: **November 14, 2018**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE